# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155989

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RODNEY CORTEZ HALL,
      Defendant-Appellant.

SC: 155989
COA: 330503
Lenawee CC: 15-017428-FH

_____/

On order of the Court, the application for leave to appeal the April 25, 2017 judgment of the Court of Appeals is considered. We DIRECT the Lenawee County Prosecutor to answer the application for leave to appeal within 28 days after the date of this order, addressing whether the trial court erred in assigning 10 points to Offense Variable 19 (interference with the administration of justice) on the basis of the defendant's relocation to Mississippi eight months after the offense and two months before the victim disclosed the offense to police. See *People v Hershey*, 303 Mich App 330 (2013).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018



s0328

Clerk